AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 123 East Walnut Street <br> Des Moines, Iowa 50309 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Dakota Wesleyan University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gritzner, James E.

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑️ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑️ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | B | Dividend | K | T | | | | | |
| 4. -Euro Pac Growth Fd. Cl. F | A | Dividend | J | T | | | | | |
| 5. -1st Eagle Global Fd | A | Dividend | J | T | | | | | |
| 6. -Ivy Asset Strategy | A | Dividend | K | T | Buy | 01/07/10 | J | | |
| 7. -Goldman Sachs Fltg Rate | A | Dividend | J | T | Buy | 01/07/10 | J | | |
| 8. -JP Morgan Strategic Inc Opptys | A | Dividend | K | T | Buy | 01/07/10 | K | | |
| 9. -Templeton Global Total Return | A | Dividend | K | T | Buy | 01/07/10 | K | | |
| 10. IRA #1 | D | Dividend | O | T | | | | | |
| 11. -USB Liquid Assets Fd | | | | | | | | | |
| 12. -Alliance Bernstein Sm/Md Value | | | | | | | | | |
| 13. -American Funds Capital World Growth & Inc. | | | | | | | | | |
| 14. -American Funds Euro Pac Growth Fd Cl F | | | | | | | | | |
| 15. -Fidelity New Insights Fd A | | | | | | | | | |
| 16. -Fidelity Adv Midcap | | | | | | | | | |
| 17. -1st Eagle Global Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Franklin Templeton Mut Ser Fd Cl A | | | | | Sold | 08/02/10 | J | | |
| 19. -Franklin Value Invs Tr | | | | | | | | | |
| 20. -MFS Ser Tr Ix Research A | | | | | Sold | 11/01/10 | J | | |
| 21. -Black Rock Global Allocation Fd | | | | | | | | | |
| 22. -Fidelity Strategic Inc | | | | | | | | | |
| 23. -Loomis Sayles Bond | | | | | | | | | |
| 24. -TCW Galileo Total Return Bond | | | | | | | | | |
| 25. Brokerage Acct. #2 | C | Dividend | O | T | | | | | |
| 26. -USB Bank Dep Acct | A | Dividend | J | T | | | | | |
| 27. -GE Money Bank CD | A | Interest | | T | | | | | |
| 28. -Compass Bank CD | B | Interest | | T | | | | | |
| 29. -Goldman Sachs CD | B | Interest | | T | | | | | |
| 30. -Capital One CD | B | Interest | | T | | | | | |
| 31. -Legg Mason Short Duration Muni Income Fd | A | Dividend | | | Sold | 03/08/10 | L | C | |
| 32. -Legg Mason Intermediate Term Fd | A | Dividend | | | Sold | 03/08/10 | K | C | |
| 33. -AIM Real Est Inc FD | A | Dividend | | | Buy | 03/12/10 | J | | |
| 34. | | | | | Sold | 08/24/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Blackrock Global Allocation FD | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 36. -Blackrock US Opptys | | None | | | Buy | 03/12/10 | J | | |
| 37. | | | | | Sold | 06/18/10 | J | A | |
| 38. -Columbia Short Term Muni Bond FD | A | Dividend | | | Buy | 03/12/10 | J | | |
| 39. | | | | | Sold | 04/22/10 | J | | |
| 40. -Franklin Fed Tax Free Inc FD | A | Dividend | | | Buy | 03/12/10 | J | | |
| 41. | | | | | Buy | 04/22/10 | J | | |
| 42. | | | | | Sold | 09/23/10 | J | A | |
| 43. -Goldman Sachs Fltg Rate | A | Dividend | | | Buy | 03/12/10 | J | | |
| 44. | | | | | Sold | 04/22/10 | J | | |
| 45. -Ivy Asset Strategy FD | A | Dividend | K | T | Buy | 03/12/10 | J | | |
| 46. | | | | | Buy | 12/21/10 | J | | |
| 47. -JP Morgan Chase CD | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 48. -JPMorgan Strategic Inc Opptys FD | A | Dividend | | | Buy | 03/12/10 | J | | |
| 49. | | | | | Sold (part) | 05/25/10 | J | | |
| 50. | | | | | Sold | 08/06/10 | J | A | |
| 51. -Legg Mason Western Asset Muni FD | A | Dividend | K | T | Buy | 03/12/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy | 04/22/10 | J | | |
| 53.  -Merrill Lynch Pref. | A | Dividend | J | T | Buy | 04/24/10 | J | | |
| 54.  -MFS Emerging Mkts Bond | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 55.  -Morgan Stanley CD | A | Dividend | J | T | Buy | 08/02/10 | J | | |
| 56.  -Oppenheimer Dev. Mkts | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 57.  -Permanent Portfolio FD | A | Dividend | J | T | Buy | 05/21/10 | J | | |
| 58.  -PIMCO Unconstrained Bond FD | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 59. | | | | | Buy | 10/21/10 | J | | |
| 60.  -PIMCO Total Return | A | Dividend | J | T | Buy | 06/18/10 | J | | |
| 61.  -TCW Total Return Bond | A | Dividend | | | Buy | 08/04/10 | J | | |
| 62. | | | | | Buy | 09/21/10 | J | | |
| 63. | | | | | Sold | 12/17/10 | J | | |
| 64.  -Templeton Global Total Return | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 65. | | | | | Buy | 04/22/10 | J | | |
| 66.  -Thornburg Inc Bldr. | A | Dividend | | | Buy | 03/12/10 | J | | |
| 67. | | | | | Sold | 05/14/10 | J | | |
| 68.  -Tortoise MLP FD | A | Dividend | J | T | Buy | 08/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -US Bank CD | A | Dividend | | | Buy | 03/12/10 | J | | |
| 70. | | | | | Sold | 09/03/10 | J | A | |
| 71. -Wells Fargo CD | A | Dividend | | | Buy | 03/12/10 | J | | |
| 72. | | | | | Sold | 04/22/10 | J | | |
| 73. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: IRA#2 and IRA#3 on the prior report were managed accounts which were liquidated in 2009 and the broker journaled all the proceeds into IRA#1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544